UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DERRICK GOOCH | CIVIL ACTION NO. 2:18-00278 |
| VERSUS | JUDGE SUMMERHAYS |
| PACKAGING CORP. OF AMERICA, INC., ET AL | MAG. JUDGE KAY |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, as supplemented by the Court's Ruling issued this date, and after a de novo review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec. 11) is **DENIED.**

**IT IS FURTHER ORDERED** that all claims brought against Floyd J. LeBleu, Raymond Lester, and James Machine Works, LLC are **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana on this 13th day of November, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE