UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DERRICK GOOCH** | **CASE NO. 2:18-CV-00278** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PACKAGING CORP OF AMERICA INC.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 52] of the Magistrate Judge previously filed herein, based on a determination that the findings are correct under the applicable law, and in recognition of the lack of objections to the Report and Recommendation;

**IT IS ORDERED** that the Motion to File a Complaint in Intervention [doc. 28] filed by National Fire Insurance Company of Hartford be **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 9th day of October, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**